# EXHIBIT 4



COMMONWEALTH OF PENNSYLVANIA
**DEPARTMENT OF STATE**
HARRISBURG, PENNSYLVANIA
17120

**Right-to-Know Law Office**
**Room 306, North Office Building**
**401 North Street**
**Harrisburg, PA  17120-0500**
**Fax:  717-214-9899**

**Mailing Date: October 11, 2024**

**Eric**
**eric@citizenag.org**

**RE:  Right-to-Know Law Request No.  2024-604**

Dear Eric:

On October 4, 2024, the Department of State Right to Know Office received your request for information pursuant to the Pennsylvania Right-to-Know Law, 65 P.S. §§ 67.101, et seq. (RTKL), wherein you requested: "information and records related to your compliance with Section 8 of the National Voter Registration Act and its relevant provisions that require inactive voters who have not voted for two (2) federal election cycles to be removed from Pennsylvania's voter rolls.
As such, I specifically request the following: (1) Records and/or data that reflect the total number of confirmation notices sent to Pennsylvania voters from November 7, 2018, through November 3, 2020; (2) Records and/or data that reflect the total number of responses to the aforesaid notices you or the State of Pennsylvania received confirming the recipient is an eligible voter; (3) Records and/or data that reflect the total number of voters who were sent confirmation notices between November 7, 2018, and November 3, 2020, who did not respond to the notice; (4) Records and/or data that reflect the total number of voters who were sent confirmation notices between November 7, 2018, and November 3, 2020, who did not respond to the notice but voted on November 3, 2020; (5) Records and/or data that reflect the total number of voters who were sent confirmation notices between November 7, 2018, and November 3, 2020, who did not respond to the notice and did not vote on November 3, 2020, but did vote on November 8, 2022; (6) Records and/or data that reflect the total number of voters who were sent confirmation notices between November 7, 2018, and November 3, 2020, who did not respond to the notice, did not vote on November 3, 2020, and did not vote on November 8, 2022; (7) Records and/or data that reflect the total number of voters who were sent confirmation notices between November 7, 2018, and November 3, 2020, who did not respond to the notice, did not

vote on November 3, 2020, did not vote on November 8, 2022, and have been removed from Pennsylvania's voter rolls at any time from November 9, 2022, through present; and (8) Records and/or data that reflect the total number of voters who were sent confirmation notices between November 7, 2018, and November 3, 2020, who did not respond to the notice, did not vote on November 3, 2020, did not vote on November 8, 2022, and have not been removed from Pennsylvania's voter rolls as of present."

Under the RTKL, a written response to your request is due on or before October 11, 2024.

This is an interim response, not a final response, to your request. Under the provisions of 65 P.S. §67.902(b)(2), you are hereby notified that your request is being reviewed pursuant to §67.902(a)(4), and the Department of State will require up to an additional 30 days, i.e., November 12, 2024, in which to provide a final written response to your request.

The extent and nature of your request precludes a response within the five-day time period. Due to this reason, the total for the estimated or actual fees that will be owed when the records become available will be included in our subsequent response.

Many of the records that might possibly be included in your request may also be exempt under section 708(b) of the RTKL. The Department of State reserves the right to review and assert any such exemptions.

Should you have any questions, please feel free to contact me.

Respectfully,

*Janelle S. Hawthorne*

Janelle S. Hawthorne, J.D.
Agency Open Records Officer
306 North Office Building
401 North Street
Harrisburg, PA  17120
717-317-5340