THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| 1789 FOUNDATION, INC. d/b/a CITIZEN AG, *et al.*, | : <br> : <br> : |
| Plaintiffs, | : <br> : |
| v. | : 3:24-CV-1865 <br> : (JUDGE MARIANI) |
| AL SCHMIDT, *et al.*, | : <br> : |
| Defendants. | : |

## ORDER

**AND NOW, THIS 29TH DAY OF OCTOBER, 2024,** upon consideration of Plaintiffs' "Emergency *Ex Parte* Motion for Temporary Restraining Order and Preliminary Injunction" (Doc. 3) requesting that the Court "enjoin[] Defendants from continuing to refuse to make available the records Plaintiffs requested in their October 4, 2024 open records request and compel such records be produced on or before November 2, 2024 in accord with the requirements set forth under 52 U.S.C. § 20507(i)" and further requesting that the Court "enjoin[] Defendants from allowing any inactive registrant that (1) failed to respond to a confirmation notice sent prior to the 2020 General Election; and (2) who did not vote in wither the 2020 or 2022 federal elections, to vote in the 2024 Presidential Election unless the inactive registrant complies with the mandatory applicable provisions of 52 U.S.C. § 20507(e) on or before November 5, 2024", **IT IS HEREBY ORDERED THAT:**

1. Plaintiffs shall immediately, and no later than October 30, 2024, effect service of the Complaint and summons, Motion for a Temporary Restraining Order and Preliminary Injunction, supporting brief and exhibits (Docs. 1-4), and this Order on Defendants' counsel and shall promptly provide the Court with proof of service thereof.

2. A telephone conference shall be held on **Thursday, October 31, 2024, at 10:00 a.m.** The parties shall be prepared to discuss the Complaint, pending motion, and necessity of an evidentiary hearing. Counsel for Plaintiffs is responsible for arranging the call to (570) 207-5750 and all parties should be ready to proceed before the undersigned is contacted.

_____
Robert D. Mariani
United States District Judge