THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| 1789 FOUNDATION, INC. d/b/a<br>CITIZEN AG, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>AL SCHMIDT, *et al.*,<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>: 3:24-CV-1865<br>: (JUDGE MARIANI)<br>:<br>:<br>:<br>: | FILED<br>SCRANTON<br><br>NOV 04 2024<br><br>PER _____<br>DEPUTY CLERK |

## ORDER

**AND NOW, THIS 4TH DAY OF NOVEMBER, 2024,** upon consideration of Plaintiffs' "Emergency *Ex Parte* Motion for Temporary Restraining Order and Preliminary Injunction" (Doc. 3) requesting that the Court "enjoin[] Defendants from continuing to refuse to make available the records Plaintiffs requested in their October 4, 2024 open records request and compel such records be produced on or before November 2, 2024 in accord with the requirements set forth under 52 U.S.C. § 20507(i)" and further requesting that the Court "enjoin[] Defendants from allowing any inactive registrant that (1) failed to respond to a confirmation notice sent prior to the 2020 General Election; and (2) who did not vote in wither the 2020 or 2022 federal elections, to vote in the 2024 Presidential Election unless the inactive registrant complies with the mandatory applicable provisions of 52 U.S.C. § 20507(e) on or before November 5, 2024", **IT IS HEREBY ORDERED THAT,** for the

reasons set forth in this Court's accompanying Memorandum Opinion, Plaintiffs' Motion (Doc. 3) is **DENIED** in its entirety.

Robert D. Mariani
United States District Judge