# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| 1789 FOUNDATION INC., d/b/a CITIZEN AG, and ANTHONY GOLEMBIEWSKI,<br><br>*Plaintiffs*,<br><br>v.<br><br>AL SCHMIDT, in his official capacity as Secretary of the Commonwealth, and the COMMONWEALTH OF PENNSYLVANIA,<br><br>*Defendants*. | Case No. 3:24-cv-01865-RDM<br>(Hon. Robert D. Mariani) |

## NOTICE OF NON-OPPOSITION TO MOTION TO INTERVENE OF AFT PENNSYLVANIA AND THE PENNSYLVANIA ALLIANCE FOR RETIRED AMERICANS

Proposed Intervenors AFT Pennsylvania and the Pennsylvania Alliance for Retired Americans moved to intervene in this case on November 7, 2024, and filed a supporting brief the same day. *See* ECF Nos. 22, 23. Pursuant to Local Rule 7.1, counsel for Proposed Intervenors sought concurrence in the Motion from the existing parties. Defendant Schmidt consented, while Plaintiffs and Defendant Commonwealth did not provide consent. *See* ECF No. 22 at 4.

Local Rule 7.6 provides that "[a]ny party opposing any motion . . . shall file a brief in opposition within fourteen (14) days after service of the movant's brief." L.R. 7.6. Accordingly, because Proposed Intervenors' motion and brief were served

on November 7, the fourteen-day timeline for such briefs in opposition lapsed on November 21, 2024. Neither Plaintiffs nor the Commonwealth filed an opposition to the Motion by that deadline. Under Local Rule 7.6, the "part[ies] who fail[ed] to comply with" the deadline to file an opposition "shall be deemed not to oppose such motion." *Id.* Thus, because Plaintiffs and Defendant Commonwealth did not file any timely opposition to the Motion to Intervene, and Defendant Schmidt previously consented, the Motion should be deemed unopposed.

For the foregoing reasons, and for the reasons provided in Proposed Intervenors' Brief, ECF No. 23, this Court should grant the now-unopposed Motion to Intervene.

Dated: November 25, 2024					Respectfully submitted,

							*/s/ Lalitha D. Madduri*

Adam C. Bonin (PA 80929)				Lalitha D. Madduri*
**THE LAW OFFICE OF**					Christopher D. Dodge*
**ADAM C. BONIN**					Omeed Alerasool (PA 332873)
121 South Broad Street, Suite 400			James J. Pinchak*
Philadelphia, PA 19107					**ELIAS LAW GROUP LLP**
Telephone: (267) 242-5014				250 Massachusetts Ave. NW, Suite 400
Facsimile: (215) 827-5300				Washington, DC 20001
adam@boninlaw.com					Telephone: (202) 968-4490
							Facsimile: (202) 968-4498
							lmadduri@elias.law
							cdodge@elias.law
							oalerasool@elias.law
							jpinchak@elias.law

							Makeba A.K. Rutahindurwa*
							**ELIAS LAW GROUP LLP**
							1700 Seventh Ave., Suite 2100
							Seattle, WA 98101
							Telephone: (202) 968-4599
							mrutahindurwa@elias.law

							*Specially admitted *pro hac vice*

*Counsel for Proposed Intervenors AFT Pennsylvania and the Pennsylvania Alliance for Retired Americans*

3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this 25th day of November, 2024, with a copy of this document via the Court's CM/ECF system.

*/s/ Lalitha D. Madduri*
Lalitha D. Madduri