THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

1789 FOUNDATION, INC. d/b/a          :
CITIZEN AG, *et al.*,                :
                                     :
          Plaintiffs,                :
                                     :   3:24-CV-1865
          v.                         :  (JUDGE MARIANI)
                                     :
AL SCHMIDT, *et al.*,                :
                                     :
          Defendants.                :

## ORDER

AND NOW, THIS _____15th_____ DAY OF JANUARY, 2025, upon consideration of

Plaintiffs' Motion for Leave to Supplement Complaint (Doc. 40) and the defendants' lack of

objection thereto,[1] **IT IS HEREBY ORDERED THAT**:

1.  Plaintiffs' Motion for Leave to Supplement Complaint (Doc. 40) is **GRANTED**.[2]

---

[1] Plaintiffs filed their Motion for Leave to Supplement Complaint (Doc. 40) on December 27, 2024 (Doc. 40). Pursuant to M.D. Pa. Local Rule 7.6, "[a]ny party opposing any motion . . . shall file a brief in opposition within fourteen (14) days after service of the movant's brief" and "any party who fails to comply with this rule shall be deemed not to oppose such motion." Where no defendant filed a response to Plaintiffs' motion, the Court deems the parties to not oppose the motion.

[2] Although the Court grants Plaintiffs' motion herein, Plaintiffs are placed on notice that their future non-compliance with the Middle District of Pennsylvania Local Rules may result in the summary denial of a motion by Plaintiffs. Here, Plaintiffs did not file a motion and separate brief, but instead only a "Motion" in the form of a supporting brief, *see* M.D.Pa. L.R. 7.1, 7.5. Plaintiffs further failed to attach the proposed amended pleading in its complete form, instead only attaching a copy of the original pleading in which the stricken material has been lined through and any new material has been inserted, *see* M.D.Pa. L.R. 15.1. Finally, Plaintiffs' motion does not contain a separate certificate of concurrence or non-concurrence or a proposed order, *see* M.D.Pa. L.R. 7.1.

2.  Plaintiffs shall file their "Supplemental Complaint" of record no later than **7 days**

from the date of this Order.

_____
Robert D. Mariani
United States District Judge