## IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| 1789 FOUNDATION INC., d/b/a CITIZEN AG, and ANTHONY GOLEMBIEWSKI,<br><br>             *Plaintiffs*,<br><br>    *v.*<br><br>AL SCHMIDT, in his official capacity as Secretary of the Commonwealth, and the COMMONWEALTH OF PENNSYLVANIA,<br><br>             *Defendants*,<br><br>AFT PENNSYLVANIA, and the PENNSYLVANIA ALLIANCE FOR RETIRED AMERICANS,<br><br>             *Intervenor-Defendants*. | Case No. 3:24-cv-01865-RDM<br>(Hon. Robert D. Mariani) |

## ENTRY OF APPEARANCE

Please enter my appearance on behalf of intervenor-defendants AFT Pennsylvania and the Pennsylvania Alliance for Retired Americans.

Dated: February 20, 2025

Respectfully submitted,
*/s/ Adam C. Bonin*

Adam C. Bonin (PA 80929)
**THE LAW OFFICE OF ADAM C. BONIN**
121 South Broad Street, Suite 400
Philadelphia, PA 19107
Telephone: (267) 242-5014
Facsimile: (215) 827-5300
adam@boninlaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this 20th day of February, 2025, with a copy of this document via the Court's CM/ECF system.

*/s/ Adam C. Bonin*
Adam C. Bonin