## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| 1789 FOUNDATION INC., d/b/a CITIZEN AG, and ANTHONY GOLEMBIEWSKI,<br><br>     *Plaintiffs*,<br><br>v.<br><br>AL SCHMIDT, in his official capacity as Secretary of the Commonwealth, and the COMMONWEALTH OF PENNSYLVANIA,<br><br>     *Defendants*,<br><br>AFT PENNSYLVANIA, and the PENNSYLVANIA ALLIANCE FOR RETIRED AMERICANS,<br><br>     *Intervenor-Defendants*. | Case No.: 3:24-cv-01865-RDM<br>(Hon. Robert D. Mariani) |

## NOTICE OF VOLUNTARY DISMISAL OF DEFENDANT COMMONWEALTH OF PENNSYLVANIA WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs 1789 Foundation, Inc. d/b/a "Citizen AG" and Anthony Golembiewski, by and through the undersigned counsel, hereby gives notice of its voluntary dismissal of Defendant Commonwealth of Pennsylvania. The Commonwealth has not served an answer or moved for summary judgment. Under rule 41(a)(1)(B), such dismissal is without prejudice.

Dated: March 6, 2025

Respectfully submitted,

/s/ *Rachel L. Dreher*
Rachel L. Dreher
CITIZEN AG
111 NE 1st St, 8th Floor
Miami, FL 33132
Tel: (442) 427-8136
rachel@citizenag.org

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 6, 2025, a true copy of the foregoing was filed and

served via the Court's CM/ECF and/or NextGen electronic system upon all parties of record.

Dated: March 6, 2025

/s/ *Rachel L. Dreher*
RACHEL L. DREHER
