THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| 1789 FOUNDATION, INC. d/b/a CITIZEN AG, *et al.*, | : : : |
| Plaintiffs, | : : |
| v. | : 3:24-CV-1865 : (JUDGE MARIANI) |
| AL SCHMIDT, *et al.*, | : : |
| Defendants. | : : |

## ORDER

**AND NOW, THIS** \_\_\_6th\_\_\_ **DAY OF MARCH 2025,** upon consideration of the Notice of Dismissal of Defendant Commonwealth of Pennsylvania Without Prejudice (Doc. 58) giving notice of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), **IT IS HEREBY ORDERED THAT**:

1. The Court accepts the Notice of Dismissal of Defendant Commonwealth of Pennsylvania Without Prejudice (Doc. 58);

2. The Clerk of Court is directed to mark the docket that Defendant Commonwealth of Pennsylvania is **DISMISSED** from this action without prejudice.

Robert D. Mariani
United States District Judge