**IN THE UNITES STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION**

| | |
|---|---|
| 1789 FOUNDATION INC., d/b/a CITIZEN AG, and ANTHONY GOLEMBIEWSKI,<br><br>*Plaintiffs*,<br><br>v.<br><br>AL SCHMIDT, in his official capacity as Secretary of State, and COMMONWEALTH OF PENNSYLVANIA,<br><br>*Defendants*. | Case No.   3:24-cv-01865-RDM<br><br>**Hon. Robert D. Mariani**<br><br><br>**PROPOSED ORDER** |

Before the Court is a Motion to Withdraw as Counsel of Record (Doc. 64) brought by Rachel L. Dreher of Dreher Law Group PLLC, counsel of record for Plaintiffs 1789 Foundation Inc., d/b/a Citizen AG and Anthony Golembiewski. Ms. Dreher notes in her motion that Plaintiff has chosen Mr. Ronald David Coleman to represent their interests going forward. Mr. Coleman's pro hac vice petition was granted on April 9, 2025 (Doc. 63). Local counsel for the Plaintiffs remains the same. Ms. Dreher notes her Motion for withdrawal was brought at the request of the Plaintiffs. Ms. Dreher further notes that Mr. Coleman retains all case-related materials and this withdrawal will not cause any delay or prejudice to the proceedings.

Accordingly, having reviewed this Motion, and good cause appearing,

**IT IS ORDERED** granting Rachel L. Dreher's Motion to Withdraw as Counsel of Record (Doc. 64). Rachel L. Dreher of Dreher Law Group PLLC is withdrawn as counsel of record for Plaintiffs 1789 Foundation Inc., d/b/a Citizen AG and Anthony Golembiewski.

Dated this _____ day of April, 2025.

_____
Honorable Robert D. Mariani
United States District Judge