THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| 1789 FOUNDATION, INC. d/b/a CITIZEN AG, *et al.*, | : |
| Plaintiffs, | : |
| v. | : 3:24-CV-1865 : (JUDGE MARIANI) |
| AL SCHMIDT, in his official capacity as Secretary of State, *et al.*, | : |
| Defendants. | : |
| AFT PENNSYLVANIA, and the PENNSYLVANIA ALLIANCE FOR RETIRED AMERICANS, | : |
| Intervenor-Defendants. | : |

FILED
SCRANTON
MAY 02 2025
PER _____
DEPUTY CLERK

**ORDER**

AND NOW, THIS 2nd DAY OF MAY 2025, upon consideration of Defendant Schmidt and Intervenor-Defendants' motions to dismiss (Docs. 49, 50), for the reasons set forth in this Court's accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT:**

1. Defendant Al Schmidt's Motion to Dismiss (Doc. 50) is **GRANTED**.

2. Intervenor-Defendants' Motion to Dismiss (Doc. 49) is **GRANTED**.

3. Plaintiffs' initial Complaint (Doc. 1) and Supplemental Complaint (Doc. 46) are **DISMISSED WITHOUT PREJUDICE**.

4. Plaintiffs are granted leave to file an amended complaint within **twenty-one (21) days** from the date of this Order.

*/s/ Robert D. Mariani*

Robert D. Mariani
United States District Judge