IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

| | |
|---|---|
| 1789 FOUNDATION INC., d/b/a CITIZEN AG, and ANTHONY GOLEMBIEWSKI,<br><br>*Plaintiffs*,<br><br>v.<br><br>AL SCHMIDT, in his official capacity as Secretary of State, and COMMONWEALTH OF PENNSYLVANIA,<br><br>*Defendants*. | Case No. 3:24-cv-01865-RDM<br><br>(Honorable Robert D. Mariani) |

## ORDER

Before the Court is a Motion to Withdraw as Counsel of Record brought by Gregory A. Stapp, Esquire of Stapp Law, LLC, counsel of record for Plaintiffs 1789 Foundation, Inc. d/b/a Citizen AG and Anthony Golembiewski. Mr. Stapp notes in his motion that Plaintiff has chosen Ronald David Coleman, Esquire to represent their interest going forward. Mr. Coleman's pro hac vice petition was granted on April 9, 2025. Mr. Stapp further notes that Mr. Coleman retains all case-related information and materials and this withdrawal will not cause any delay or prejudice to the proceedings.

Accordingly, having reviewed this Motion, good cause appearing.

**IT IS ORDERED** granting Gregory A. Stapp's Motion to Withdraw as Counsel of Record. Gregory A. Stapp, Esquire of Stapp Law, LLC is withdrawn as counsel of record for Plaintiffs 1789 Foundation, LLC d/b/a Citizen AG and Anthony Golembiewski.

Dated this 27rd of May, 2025.

Honorable Robert D. Mariani
United States District Judge