THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| 1789 FOUNDATION, INC. d/b/a CITIZEN AG, *et al.*, | : : : |
| Plaintiffs, | : : |
| v. | : 3:24-CV-1865 : (JUDGE MARIANI) : |
| AL SCHMIDT, in his official capacity as Secretary of State, *et al.*, | : : : |
| Defendants. | : : |
| AFT PENNSYLVANIA, and the PENNSYLVANIA ALLIANCE FOR RETIRED AMERICANS, | : : : : |
| Intervenor-Defendants. | : : |

## ORDER

The background of this Order is as follows:

On May 2, 2025, the Court granted Defendant and Intervenor-Defendants' motions to dismiss. (Doc. 68). In that Order, the Court granted Plaintiffs leave to amend their complaint within twenty-one (21) days of the date of the Order – *i.e.* until May 23, 2025. (*Id.*). The date for the filing of the amended complaint has passed, and Plaintiffs have not filed an amended complaint or sought an extension of time to file an amended complaint.

**ACCORDINGLY, THIS 27TH DAY OF MAY 2025, IT IS HEREBY ORDERED THAT** on or before **Friday May 30, 2025**, Plaintiffs shall **SHOW CAUSE** why the above-captioned action should not be dismissed pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute and to comply with the Court's Order.

/s/ Robert D. Mariani
Robert D. Mariani
United States District Judge