THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| 1789 FOUNDATION, INC. d/b/a CITIZEN AG, *et al.*, | : : : : |
| Plaintiffs, | : : |
| v. | : 3:24-CV-1865 : (JUDGE MARIANI) : |
| AL SCHMIDT, in his official capacity as Secretary of State, *et al.*, | : : : |
| Defendants. | : : |
| AFT PENNSYLVANIA, and the PENNSYLVANIA ALLIANCE FOR RETIRED AMERICANS, | : : : : |
| Intervenor-Defendants. | : |

## ORDER

The background of this Order is as follows:

On May 2, 2025, the Court granted Defendant and Intervenor-Defendants' motions to dismiss. (Doc. 68). In that Order, the Court granted Plaintiffs leave to amend their complaint within twenty-one (21) days of the date of the Order – *i.e.* until May 23, 2025. (*Id.*). The date for the filing of the amended complaint has passed, and Plaintiffs have not filed an amended complaint or sought an extension of time to file an amended complaint.

On May 27, 2025, the Court issued an Order directing Plaintiffs to show cause why the above-captioned action should not be dismissed pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute. (Doc. 71). Plaintiffs did not respond to the Court's show cause Order

and the time to respond has now passed. The Court will give Plaintiffs one final opportunity to respond and show cause why this action should not be dismissed for failure to prosecute and to comply with the Court's Orders.

**ACCORDINGLY, THIS 5th DAY OF JUNE 2025, IT IS HEREBY ORDERED THAT:**

1. On or before **Monday June 9, 2025, at 5:00 pm**, Plaintiffs shall **SHOW CAUSE** why the above-captioned action should not be dismissed pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute and to comply with the Court's Orders.

2. Failure to respond to this Order will result in dismissal of the above-captioned action with prejudice.

Robert D. Mariani
United States District Judge